

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on  07/22/2026   Theda Steele _____

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the  Western District of North Carolina      .

Case number:  26-50294

Certificate number:  NCW26-502944934266

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance